IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM v. PSYCHIATRIC SOLUTIONS, INC., et al. | : : : : | MISCELLANEOUS ACTION  No. 13-238 |

## ORDER

AND NOW, this 24th day of January, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED non-party Universal Health Services, Inc.'s Motion to Quash or Modify Subpoena (Document 1) is GRANTED.  The subpoena issued from this Court on behalf of Central States, Southeast and Southwest Areas Pension Fund for the production of documents, dated July 26, 2013, is QUASHED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.